IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR12 |
| | ) | |
| vs. | ) | ORDER OF COURT |
| | ) | TO DISMISS THE INDICTMENT |
| TAYLOR REID GRANT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, TAYLOR REID GRANT, pursuant to Motion of the United States (Filing No. 24).

DATED this 8th day of April, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States Chief District Judge